1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VALENTIN ZUNIGA, | Case No. 2:20-cv-00619-GMN-BNW |
|         Petitioner, | **ORDER** |
|     v. | |
| JEREMY BEAN, et al., | |
|         Respondents. | |

Petitioner having filed an unopposed motion to extend time (first request) (ECF No. 11), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion to extend time (first request) (ECF No. 11) is **GRANTED**.  Petitioner will have up to and including January 5, 2021, to file an amended petition.

DATED: October 6, 2020

GLORIA M. NAVARRO
United States District Judge

1