UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VALENTIN ZUNIGA, | Case No. 2:20-cv-00619-GMN-BNW |
| Petitioner, | **ORDER** |
| v. | |
| JEREMY BEAN, et al., | |
| Respondents. | |

Two motions currently are before the court.  First, petitioner has filed a motion for leave to file exhibits 23-84 under seal.  ECF No. 20.  Respondents do not oppose the motion.  ECF No. 22.  The exhibits in question are medical records, school records, and documents filed under seal in state juvenile court.  The court finds that compelling reasons exist to file these documents under seal.  See Kamakana v. City and County of Honolulu, 447 F.3d 1172 (9th Cir. 2006).

Second, petitioner has filed a motion for leave to file second amended petition.  ECF No. 21.  Respondents do not oppose the motion.  ECF No. 23.  The court will grant this motion.

IT THEREFORE IS ORDERED that petitioner's motion for leave to file exhibits 23-84 under seal (ECF No. 20) is **GRANTED**.

///

///

///

1

IT FURTHER IS ORDERED that petitioner's motion for leave to file second amended petition (ECF No. 21) is **GRANTED**. Petitioner will have 60 days from the entry of this order to file a second amended petition. The court's scheduling order of June 8, 2020 (ECF No. 10) will govern briefing after the filing of the second amended petition. Respondents need not respond to the first amended petition (ECF No. 17).

DATED: September 20, 2021

_____
GLORIA M. NAVARRO
United States District Judge