# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VALENTIN ZUNIGA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JEREMY BEAN, et al.,<br><br>　　　　　Respondents. | Case No. 2:20-cv-00619-GMN-BNW<br><br>**ORDER** |

　　　　Petitioner has filed an unopposed motion to extend time to file a second amended petition (first request) (ECF No. 25).  The court finds that good cause exists to grant the motion.

　　　　IT THEREFORE IS ORDERED that petitioner's unopposed motion to extend time to file a second amended petition (first request) (ECF No. 25) is **GRANTED**.

　　　　IT FURTHER IS ORDERED that the expert evaluation of petitioner be completed no later than May 27, 2022.

　　　　IT FURTHER IS ORDERED that petitioner file a status report indicating whether he will proceed on his first amended petition or will intend to file a second amended petition within 30 days of the completion of the expert evaluation.

///

///

///

1

1     IT FURTHER IS ORDERED that petitioner file a second amended petition, if that will be his intent, within 60 days of the filing of the status report.

DATED: December 29, 2021

                                            _____
                                            GLORIA M. NAVARRO
                                            United States District Judge