# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Valentin Zuniga,<br><br>　　　　　　　Petitioner<br>　v.<br>Jeremy Bean, et al.,<br><br>　　　　　　　Respondents | Case No. 2:20-cv-00619-GMN-BNW<br><br>**Order** |

Respondents, through counsel, have filed a motion for extension of time requesting an additional 45 days to file their response to the second amended petition. ECF No. 35. In light of the proffered reasons for the extension and the lengthy extensions given to the petitioner in this case, the court will grant the motion. Once again, counsel are encouraged to discuss whether stay and abeyance of these proceedings are appropriate given that at least one of the claims in the second amended petition appears to be unexhausted. *See* ECF No. 29 at 29; ECF No. 34.

IT IS THEREFORE ORDERED that respondents' motion for extension of time (ECF No. 35) is GRANTED. Respondents have until March 23, 2023, to file their response to the second amended petition (ECF No. 29). In all other respects, the briefing schedule in the court's order of June 8, 2020, (ECF No. 10) remains in effect.

Dated: January 17, 2023

_____
U.S. District Judge Gloria M. Navarro