# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Valentin Zuniga, | Case No. 2:20-cv-00619-GMN-BNW |
| Petitioner | |
| v. | **Order** |
| Jeremy Bean, et al., | |
| Respondents | |

Respondents, through counsel, have filed a motion for extension of time requesting an additional 30 days to file their response to the second amended petition. ECF No. 37. In light of the proffered reasons for the extension and the lengthy extensions given to the petitioner in this case, the court will grant the motion. Respondents counsel indicates that she anticipates petitioner will be filing a motion for stay and abeyance. If that is the case, the court encourages the petitioner to file such a motion promptly to avoid additional extensions in this case and to relieve respondents' counsel of preparing a response to the petition that may be unnecessary if this case is stayed and held in abeyance

IT IS THEREFORE ORDERED that respondents' motion for extension of time (ECF No. 37) is GRANTED. Respondents have until April 24, 2023, to file their response to the

second amended petition (ECF No. 29). In all other respects, the briefing schedule in the court's order of June 8, 2020, (ECF No. 10) remains in effect.

Dated: March 23, 2023

_____
U.S. District Judge Gloria M. Navarro