**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VALENTIN ZUNIGA, | Case No. 2:20-cv-00619-GMN-BNW |
| Petitioner, | |
| v. | **ORDER** |
| JEREMY BEAN, et al., | |
| Respondents. | |

On June 15, 2023, the Court administratively closed this action while the petitioner exhausted Claim 1 of the second amended petition. (ECF No. 45). The petitioner has completed his state court proceedings and now moves to re-open these federal habeas proceedings and set a schedule for the petitioner to file an amended petition and for the respondent to file a response. (ECF No. 47.) The respondents filed a notice of nonopposition. (ECF No. 48.)

**IT IS THEREFORE ORDERED:**

1. The petitioner's motion to reopen this action (ECF No. 45) is GRANTED.

2. The stay is lifted by this order, and the Clerk shall REOPEN THE FILE in this action.

3. The petitioner has thirty (30) days to file a third amended petition or notify the court and the parties that it does not intend to file a third amended petition.

4. The respondents have sixty (60) days after service of either a third amended petition or notice that the petitioner does not intend to file a third amended petition, to file a response to the operative petition, including potentially by motion to dismiss. The response and reply time to any motion filed by either party, including a motion filed in lieu of a pleading, shall be governed instead by Local Rule LR 7-2(b).

5. The petitioner has sixty (60) days after service of an answer to file a reply brief.

DATED:    January 30, 2026

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE