# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VALENTIN ZUNIGA, | Case No. 2:20-cv-0619-GMN-BNW |
| Petitioner, | **ORDER** |
| v. | |
| JEREMY BEAN, et al., | |
| Respondents. | |

In this habeas action, Respondents request a 7-day extension of time to file a Motion to Dismiss the Third Amended Petition for Writ of Habeas Corpus. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. *See* Fed. R. Civ. P. 6(b) and Rule 6-1 of the Local Rules of Practice.

It is therefore Ordered that Respondents' Unopposed Motion for Enlargement of Time to File Motion to Dismiss Third Amended Petition for Writ of Habeas Corpus (First Request) (ECF No. 63) is granted.

It is further Ordered that Respondents have through May 8, 2026, to file a Motion to Dismiss the Third Amended Petition for a Writ of Habeas Corpus.

Dated:   My 8, 2026

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE