**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VALENTIN ZUNIGA,<br>Petitioner,<br>v.<br>JEREMY BEAN, et al.,<br>Respondents. | Case No. 2:20-cv-0619-GMN-BNW<br>**ORDER** |

In this habeas action, Petitioner Valentin Zuniga requests a 40-day extension of time to file an opposition to the Motion to Dismiss the Third Amended Petition for Writ of Habeas Corpus. ECF No. 68. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. *See* Fed. R. Civ. P. 6(b) and Rule 6-1 of the Local Rules of Practice.

It is therefore Ordered that Petitioner's Unopposed Motion to Extend Time to File an Opposition to the Warden's Motion to Dismiss (Second Request) (ECF No. 68) is granted.

It is further Ordered that Petitioner has through August 31, 2026, to file an opposition.

Dated: July 28, 2026

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE