**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VALENTIN ZUNIGA,<br><br>Petitioner,<br><br>v.<br><br>JEREMY BEAN, et al.,<br><br>Respondents. | Case No. 2:20-cv-0619-GMN-BNW<br><br>**ORDER** |

In this habeas action, Petitioner filed a Motion for Reconsideration of this Court's order striking Respondents' Exhibit 197 ("Exhibit 197" (ECF No. 71)), and Respondents filed a Motion for an Enlargement of Time to File a Reply in Support of the Motion to Dismiss the Third Amended Petition (ECF No. 73).

**I. Reconsideration of Order Striking Respondents' Exhibit 197**

Petitioner filed a Motion to Reconsider ECF No. 67, in part or, alternatively, for Permission to File Sealed Exhibits (ECF No. 71.) Petitioner requests the Court reinstate Respondents' Exhibit 197 (ECF No. 62-2), which consists of an index of sealed exhibits filed in the state court, because it bears a file-stamp from the state court indicating the documents listed in the index were filed in state court. (*Id.*) The Court grants the motion requesting reinstatement of Exhibit 197 (ECF No. 62-2); however, Exhibit 197 will remain unsealed. *See* ECF No. 67. *See also City of Los Angeles, Harbor Div. v. Santa Monica Baykeeper*, 254 F.3d 882, 885 (9th Cir. 2001) ("As long as a district court has jurisdiction over the case, then it

possesses the inherent procedural power to reconsider, rescind, or modify an interlocutory order for cause seen by it to be sufficient.”).

**II. Motion for Extension of Time**

Respondents filed an unopposed motion requesting a 60-day extension of time to file a reply in support of the Motion to Dismiss the Third Amended Petition for Writ of Habeas Corpus. ECF No. 73. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. *See* Fed. R. Civ. P. 6(b) and Rule 6-1 of the Local Rules of Practice.

**III. Conclusion**

It is therefore Ordered that Petitioner’s Motion for Reconsideration (ECF No. 71) is granted. It is kindly requested that the Clerk of Court reinstate and unseal Respondents’ Exhibit 197 (ECF No. 62-2).

It is further Ordered that Respondents’ Unopposed Motion for an Enlargement of Time to File a Reply in Support of the Motion to Dismiss the Third Amended Petition (First Request) (ECF No. 73) is granted. Respondents have through November 9, 2026, to file a reply in support of the Motion to Dismiss the Third Amended Petition for a Writ of Habeas Corpus.

Dated: September 16, 2026

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE