**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VALENTIN ZUNIGA,<br>Petitioner,<br>v.<br>JEREMY BEAN, et al.,<br>Respondents. | Case No. 2:20-cv-0619-GMN-BNW<br>**ORDER** |

In this habeas action, Respondents filed a motion requesting a 45-day enlargement of time to file their reply in support of their Motion to Dismiss the Third Amended Petition (ECF No. 77). The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. *See* Fed. R. Civ. P. 6(b) and Rule 6-1 of the Local Rules of Practice.

It is therefore Ordered that Respondents' Unopposed Motion for an Enlargement of Time to File a Reply in Support of the Motion to Dismiss the Third Amended Petition (Second Request) (ECF No. 77) is granted. Respondents have through December 28, 2026,[1] to file a reply in support of the Motion to Dismiss the Third Amended Petition for a Writ of Habeas Corpus.

Dated: November 10, 2026

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

[1] Respondents requested a deadline of December 24, 2026. Because December 24, 2026, is a court holiday, the Court grants Respondents until the following Monday, December 28, 2026 to file the reply.